UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM ELLOITT ASHFORD,** | 2:20-CV-10561-TGB-EAS |
| Plaintiff, | |
| vs. | **ORDER TERMINATING MOTION** |
| **UNIVERSITY OF MICHIGAN, et al.,** | |
| Defendants. | |

Parties have notified the Court that they will be participating in a mediation session on April 18, 2022. ECF No. 32. As a result, Defendant's pending Motion for Summary Judgment (ECF No. 22) is **TERMINATED WITHOUT PREJUDICE**. The Court will reinstate the Motion at either party's request if the mediation is unsuccessful.

**IT IS SO ORDERED** this 15th day of March, 2022.

BY THE COURT:

s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge