# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 31, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

        Re: Case No. 22-2057, *William Ashford v. University of Michigan, et al*
            Originating Case No. : 2:20-cv-10561

Dear Ms. Essix,

  Enclosed is a copy of the mandate filed in this case.

                                         Sincerely yours,

                                         s/Mackenzie A. Collett
                                           For Anthony Milton

cc: Mr. Schuyler Ferguson
    Ms. Deborah L. Gordon
    Ms. Elizabeth Ann Marzotto Taylor
    Mr. Brian M. Schwartz

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-2057

_____

Filed: January 31, 2024

WILLIAM ELLIOTT ASHFORD

    Plaintiff - Appellee

v.

UNIVERSITY OF MICHIGAN; UNIVERSITY OF MICHIGAN-DEARBORN; GARY GORSKI; JEFFREY EVANS

    Defendants - Appellants

MANDATE

   Pursuant to the court's disposition that was filed 01/09/2024 the mandate for this case hereby issues today.

COSTS: None