UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM ELLIOTT ASHFORD,** Plaintiff, vs. **UNIVERSITY OF MICHIGAN,** *et al.*, Defendant. | 2:20-CV-10561-TGB-EAS **ORDER DENYING MOTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 50(a)** |

Following the close of evidence, Plaintiff and Defendants each made motions under Federal Rule of Civil Procedure 50(a) for judgment as a matter of law in their favor. ECF No. 69; Docket Entry of May 20, 2024.

For the reasons stated during the bench ruling delivered on the record, both Plaintiff's motion and Defendants' motion are **DENIED**.

**SO ORDERED**, this 21st day of May, 2024.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

1