UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM ELLIOTT ASHFORD,** | 2:20-CV-10561-TGB-EAS |
| Plaintiff, | |
| vs. | **VERDICT FORM** |
| **UNIVERSITY OF MICHIGAN,** *et al.*, | |
| Defendants. | |

# CLAIM NO. 1 – FIRST AMENDMENT RETALIATION CLAIM

A. Did Plaintiff William Elliott Ashford prove by a preponderance of the evidence that one or more of the Defendants retaliated against him for exercising his First Amendment rights?

__X__   YES

_____   NO

B. If you answered "YES" to Question (A), check all that apply: Which Defendant or Defendants retaliated against Plaintiff for exercising his First Amendment rights?

__X__   Gary Gorski

_____   Jeffrey Evans

__X__   University of Michigan – Dearborn / University of Michigan / David Hawkins (in his official capacity only) / Bryan Dadey (in his official capacity only)

**If you answered "YES" to question A, above, you must determine if Plaintiff suffered damages as a result of Defendant's conduct as set forth below.**

C. Lost Compensation:

**The parties agree that Plaintiff has lost a total of $2,481.60 in lost compensation.**

Gary Gorski        $2,481.60

Jeffery Evans      _____

1

## D. Emotional Distress Damages:

Did Plaintiff suffer Emotional Distress Damages as a result of Defendants' conduct in retaliating against him for exercising his First Amendment rights?

__X__ YES

_____ NO

If your answer is "Yes," how much Emotional Distress Damages did Plaintiff suffer as to each Defendant below?

Gary Gorski      $2,500

Jeffery Evans    _____

## E. Punitive Damages:

Is Plaintiff entitled to Punitive Damages as a result of Defendants' conduct in retaliating against him for exercising his First Amendment rights?

_____ YES

__X__ NO

If your answer is "Yes," how much Punitive Damages should be assessed as to each Defendant below?

Gary Gorski      _____

Jeffery Evans    _____

2

# CLAIM NO. 2 – TITLE IX RETALIATION CLAIM

A. Did Plaintiff William Elliott Ashford prove by a preponderance of the evidence that Defendants University of Michigan – Dearborn / University of Michigan retaliated against him in violation of Title IX?

__X__    YES

_____    NO

If you answered "YES" to question A, above, you may award damages against the University of Michigan – Dearborn / University of Michigan, below.

B. **Lost Compensation**:

The parties agree that Plaintiff has lost a total of **$2,481.60 in lost compensation.**

If you previously awarded Lost Compensation Damages under Claim No. 1, Question C above, you may not award duplicate lost compensation here.

If you did not award Lost Compensation Damages under Claim No. 1, Question C above, you may award them here if you answered "Yes" to the question A above. You may either fill out the amount, or, if appropriate, place a check mark on the line indicating that "Lost compensation was awarded above."

_____    University of Michigan – Dearborn / University of Michigan

__X__    Lost compensation was awarded above

3

# CLAIM NO. 3 – MICHIGAN WHISTLEBLOWER'S PROTECTION ACT CLAIM

A. Did Plaintiff William Elliott Ashford prove by a preponderance of the evidence that one or more of the Defendants retaliated against him in violation of the Michigan Whistleblower's Protection Act?

__X__ YES

_____ NO

B. If you answered "YES" to Question (A), check all that apply: Which Defendant or Defendants retaliated against Plaintiff in violation of the Michigan Whistleblower's Protection Act?

__X__ Gary Gorski

__X__ Jeffrey Evans

__X__ University of Michigan – Dearborn/ University of Michigan

If you answered "YES" to question A, above, you may award damages as to Defendants as set forth below.

C. **Lost Compensation:**

**The parties agree that Plaintiff has lost a total of $2,481.60 in lost compensation.**

**If you previously awarded Lost Compensation in answer to any question above, you may not award duplicate lost compensation here. If you did not award Lost Compensation Damages under any question above, you may either fill out the amount below, or, if appropriate, place a check mark on the line indicating that "Lost compensation was awarded above."**

4

Gary Gorski          _____

Jeffery Evans        _____

University of Michigan – Dearborn / University of Michigan

                     _____

Lost compensation was awarded above ___X___

### D. Emotional Distress Damages:

Did Plaintiff suffer Emotional Distress Damages as a result of Defendants' conduct in retaliating against him in violation of the Michigan Whistleblower's Protection Act?

___X___  YES

_____  NO

If your answer is "Yes," how much Emotional Distress Damages did Plaintiff suffer as to each Defendant below?

Gary Gorski          _____

Jeffery Evans        _____

University of Michigan – Dearborn / University of Michigan

$300,000

**So says the jury:**

**s/Juror Foreperson**

Foreperson _____   Dated: 5/21/2024