UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Case Name: Ashford v. University of Michigan, et al.

Case No.: 20-cv-10561

### JURY QUESTION DURING DELIBERATION

If the jury determines the Plantiff did suffer emotional damages for Claim No 1. — does there have to be an awarded amount Gorski or/and Evans must pay by checking "yes"?

If you answer "yes," to Question D on page 2, then go on to the next question: "If your answer is (yes) how much Emotional Distress Damages did Plaintiff suffer as to each Defendant below?" You should write whatever amount of damages, if any, next to the Defendant's name that you believe appropriate for that Defendant to pay. Terrence Berg, US DJ 5/21/24

DATED: 5/21/24         SIGNED: _____
                                            JURY FOREPERSON