# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**WILLIAM ELLIOTT ASHFORD**, *an individual*,

    Plaintiff,

vs.

**UNIVERSITY OF MICHIGAN, UNIVERSITY OF MICHIGAN – DEARBORN, DAVID HAWKINS**, *an employee of the University of Michigan and the University of Michigan-Dearborn, sued in his official capacity, jointly and severally,* **GARY GORSKI**, *an employee of the University of Michigan and the University of Michigan-Dearborn, sued in his personal capacity, jointly and severally,* **BRYAN DADEY**, *an employee of the University of Michigan and the University of Michigan-Dearborn, sued in his official capacity, jointly and severally,* and **JEFFREY EVANS**, *an employee of the University of Michigan and the University of Michigan-Dearborn, sued in his personal capacity, jointly and severally,*

    Defendants.

Case No. 20-cv-10561
Hon. Terrence G. Berg
Mag. Elizabeth A. Stafford

**PROPOSED ORDER OF JUDGMENT FOR THE PLAINTIFF: JURY VERDICT**

---

| | |
|---|---|
| **DEBORAH GORDON LAW** | **MILLER, CANFIELD, PADDOCK and STONE, P.L.C.** |
| Deborah L. Gordon (P27058) | Brian M. Schwartz (P69018) |
| Elizabeth Marzotto Taylor (P82061) | Jerome Watson (P27082) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 33 Bloomfield Hills Parkway, Suite 220 | 150 West Jefferson, Suite 2500 |
| Bloomfield Hills, Michigan 48304 | Detroit, Michigan 48226 |
| (248) 258-2500/Fax (248) 258-7881 | (313) 963-6420/Fax (313) 496-7500 |
| dgordon@deborahgordonlaw.com | schwartzb@millercanfield.com |
| emarzottotaylor@deborahgordonlaw.com | watson@millercanfield.com |

---

This action came before the Court for a trial by Jury on May 7, 2024.

The action was tried, and the Jury returned its verdict on May 21, 2024, as set forth on the Jury Verdict Form (**Ex. 1**, ECF No. 73).

IT IS THEREFORE ORDERED that Judgment is entered in favor of Plaintiff William Elliott Ashford against Defendants Gary Gorski, Jeffrey Evans, University of Michigan—Dearborn, University of Michigan, David Hawkins (in his official capacity only), and Bryan Dadey (in his official capacity only) in the total amount of $304,981.60 as allocated by the jury on the Jury Verdict Form (**Ex. 1**, ECF No. 73), in addition to any injunctive, equitable, and/or declaratory relief, applicable costs, fees and interest as provided by law.

DATED: June 7, 2024

_____
Hon. Terrence G. Berg
United States District Court Judge