20-10561 UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM ELLIOTT ASHFORD**, <br><br> Plaintiff, <br><br> vs. <br><br> **UNIVERSITY OF MICHIGAN,** *et al.*, <br><br> Defendant. | 2:20-CV-10561-TGB-EAS |

# JUDGMENT

This action came before the Court for a trial by jury, and the jury rendered its verdict on May 21, 2024. Pursuant to the verdict, **IT IS ORDERED** that a judgment of liability is entered against Defendant Gary Gorski (in his individual capacity) and Defendants University of Michigan – Dearborn, University of Michigan, David Hawkins (in his official capacity), and Bryan Dadey (in his official capacity) on Plaintiff William Elliott Ashford's claim brought under 42 U.S.C. § 1983. Ashford shall recover compensatory damages in the amount of $2,481.60 and emotional distress damages in the amount of $2,500.00 from Defendant Gary Gorski on this claim.

**IT IS FURTHER ORDERED** that a judgment of liability is entered against Defendants University of Michigan – Dearborn and University of Michigan on Ashford's claim brought under Title IX. There is no award of monetary damages on this claim.

**IT IS FURTHER ORDERED** that a judgment of liability is entered against Defendants Gary Gorski (in his individual capacity) and Jeffrey Evans (in his individual capacity) and Defendants University of Michigan – Dearborn and University of Michigan on Ashford's claim brought under the Michigan Whistleblower Protection Act. Plaintiff shall recover emotional distress damages in the amount of $300,000.00 from Defendants University of Michigan – Dearborn and University of Michigan, jointly and severally, on this claim.

Dated at Detroit, Michigan: August 14, 2024

                        BY THE COURT:

                        /s/Terrence G. Berg
                        TERRENCE G. BERG
                        United States District Judge