UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

William Elliott Ashford,

                Plaintiff(s),

v.                                      Case No. 2:20−cv−10561−TGB−EAS
                                          Hon. Terrence G. Berg

University of Michigan, et al.,

                Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

The following motion(s) have been filed:

      Motion for Attorney Fees − #87
      Motion − #90

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg *without* oral argument.

Courtesy copies are not required.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/T McGovern
                                               Case Manager

Dated:  December 19, 2024