# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**WILLIAM ELLIOTT ASHFORD**, *an individual*,

   Plaintiff,

vs.

**UNIVERSITY OF MICHIGAN, UNIVERSITY OF MICHIGAN – DEARBORN, DAVID HAWKINS**, *an employee of the University of Michigan and the University of Michigan-Dearborn, sued in his official capacity, jointly and severally,* **GARY GORSKI**, *an employee of the University of Michigan and the University of Michigan-Dearborn, sued in his personal capacity, jointly and severally,* **BRYAN DADEY**, *an employee of the University of Michigan and the University of Michigan-Dearborn, sued in his official capacity, jointly and severally,* and **JEFFREY EVANS**, *an employee of the University of Michigan and the University of Michigan-Dearborn, sued in his personal capacity, jointly and severally,*

   Defendants.

Case No. 20-cv-10561
Hon. Terrence G. Berg
Mag. Elizabeth A. Stafford

| **DEBORAH GORDON LAW** | **MILLER, CANFIELD, PADDOCK and STONE, P.L.C.** |
|---|---|
| Deborah L. Gordon (P27058) | Brian M. Schwartz (P69018) |
| Elizabeth Marzotto Taylor (P82061) | Jerome Watson (P27082) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 33 Bloomfield Hills Parkway, Suite 220 | 150 West Jefferson, Suite 2500 |
| Bloomfield Hills, Michigan 48304 | Detroit, Michigan 48226 |
| (248) 258-2500/Fax (248) 258-7881 | (313) 963-6420/Fax (313) 496-7500 |
| dgordon@deborahgordonlaw.com | schwartzb@millercanfield.com |
| emarzottotaylor@deborahgordonlaw.com | watson@millercanfield.com |

## STIPULATED ORDER EXTENDING BRIEFING SCHEDULE SET IN ECF NO. 98

Whereas, in its Order, ECF No. 98, the Court ordered the parties to brief the issue of pre-judgment interest in this matter, making Plaintiff's brief due April 21, 2025, Defendant's response 14 days later, and any reply within 7 days thereafter (ECF No. 98, PageID.3989);

It is hereby stipulated and agreed by and between the parties that, to allow the parties additional time to resolve the issue of pre-judgment interest, the due date for Plaintiff's brief will be extended to and including April 28, 2025, with Defendant's response being due 14 days later, and any reply within 7 days thereafter.

 **IT IS SO ORDERED.**

s/ Terrence G. Berg
Honorable Terrence G. Berg
United States District Court Judge

Dated: April 21, 2025

AS STIPULATED AND AGREED TO:

| **DEBORAH GORDON LAW** | **MILLER, CANFIELD, PADDOCK and STONE, P.L.C.** |
|---|---|
| Deborah L. Gordon (P27058) | |
| **/s/ *Elizabeth Marzotto Taylor* (P82061)** | **/s/ *Brian M. Schwartz* (P69018) with consent** |
| Attorneys for Plaintiff | Jerome Watson (P27082) |
| 33 Bloomfield Hills Parkway, Suite 220 | Attorneys for Defendants |
| Bloomfield Hills, Michigan 48304 | 150 West Jefferson, Suite 2500 |
| (248) 258-2500/Fax (248) 258-7881 | Detroit, Michigan 48226 |
| dgordon@deborahgordonlaw.com | (313) 963-6420/Fax (313) 496-7500 |
| emarzottotaylor@deborahgordonlaw.com | schwartzb@millercanfield.com |
| | watson@millercanfield.com |