UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM ELLIOTT ASHFORD,

   Plaintiff,

vs.

UNIVERSITY OF MICHIGAN, UNIVERSITY OF MICHIGAN – DEARBORN, DAVID HAWKINS, GARY GORSKI, BRYAN DADEY, and JEFFREY EVANS,

   Defendants.

Case No. 20-cv-10561
Hon. Terrence G. Berg
Mag. Elizabeth A. Stafford

---

## STIPULATED ORDER AS TO PRE-JUDGMENT INTEREST

On March 31, 2025, the Court Ordered that attorney fees, costs, pre-judgement and post-judgment interest would be awarded to Plaintiff. *See* ECF No. 98, PageID.3989. In its Order, ECF No. 98, the Court ordered the parties to brief the issue of the interest rate to be used to calculate pre-judgment interest, and the total amount of pre-judgment interest to be awarded in this matter. *See* ECF No. 98, PageID.3988.

The parties hereby stipulate to calculate pre-judgment interest using an interest rate of 2.83%, and that the total amount of pre-judgment interest to be paid will be $40,380.68.

**IT IS SO ORDERED.**

                                          s/ Terrence G. Berg
                                          Honorable Terrence G. Berg
                                          United States District Court Judge

Dated: April 25, 2025

AS STIPULATED AND AGREED TO:

| **DEBORAH GORDON LAW** | **MILLER, CANFIELD, PADDOCK and STONE, P.L.C.** |
|---|---|
| Deborah L. Gordon (P27058) | |
| **/s/ *Elizabeth Marzotto Taylor* (P82061)** | **/s/ *Brian M. Schwartz* (P69018) with consent** |
| Attorneys for Plaintiff | Jerome Watson (P27082) |
| 33 Bloomfield Hills Parkway, Suite 220 | Attorneys for Defendants |
| Bloomfield Hills, Michigan 48304 | 150 West Jefferson, Suite 2500 |
| (248) 258-2500/Fax (248) 258-7881 | Detroit, Michigan 48226 |
| dgordon@deborahgordonlaw.com | (313) 963-6420/Fax (313) 496-7500 |
| emarzottotaylor@deborahgordonlaw.com | schwartzb@millercanfield.com |
| | watson@millercanfield.com |